# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:17-mj-89 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| JUAN CASTRO-DUENEZ, | : | |
| Defendant. | : | |

**ORDER APPOINTING THE PUBLIC DEFENDER AS COUNSEL**

This case is before the Court upon Defendant's application for appointment of counsel pursuant to 18 U.S.C. §3006A. Upon the Court's *Sua Sponte* Order for Appointment of Counsel the Court appointed the Federal Public Defender.

IT IS ACCORDINGLY ORDERED that F. Arthur Mullins, Assistant Federal Public Defender for the Southern District of Ohio, be assigned to represent the Defendant in this case.

March 16, 2017

                                             s/Sharon L. Ovington
                                                    Sharon L. Ovington
                                           United States Magistrate Judge